IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DAVID RUSSELL,
    PLAINTIFF

V.                                CASE NO.:

LATOYA HUGHES, IDOC DIRECTOR
STEVEN CAMPBELL, warden Graham CORR CENTER
STEPHANIE HOWARD, HEALTH CARE ADMINISTRATOR
TIMOTHY ADESANYA, PHYSICIAN ASSISTANT
DR. S. COLE, MEDICAL DOCTOR
L. EMERICK, MEDICAL DIRECTOR
    DEFENDANTS

---

CIVIL COMPLAINT

I. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Central District of Illinois is an appropriate venue under 28 U.S.C. Section 1391(b)(2). because it is where the events giving rise to this claim occurred.

II. PLAINTIFF

3. Plaintiff, David Russell, is and was at all times mentionhed herein, a prisoner of the State of Illinois in the custody of the Illinois Dept. of Corrections. He is currently confined in the Graham Correctional Center in Hillsboro, IL.

III. DEFENDANTS

4. Defendant Latoya Hughes is the Director of the state of Illinois Dept. of Corrections. She is legally responsible for the overall operation of the Dept. and each institution under its jurisdiciton, including Graham Correctional Center.

5. Defendant Steven Campbell is the warden of Graham Correctional Center. He is legally responsible for the operation of Graham Correctional Center and for the welfare of the inmates in that prison.

6. Defendant Stephanie Howard is an employee of the Illinois Dept. of Corrections who, at all times mentioned in this complaint, held the position of Health Care Administrator at Graham Correctional Center.

7. Defendant Timothy Adesanya is an employee of the Illinois Dept. of Corrections who, at all times mentioned in this complaint, worked as a Physician's Assistant at Graham Correctional Center.

8. Defendant Dr. S. Cole is an employee of the Illinois Dept. of Corrections who, at all times mentioned in this complaint worked as a Medical Doctor at Graham Correctional Center.

9. Defendant L. Emerick is an employee of the Illinois Dept., of Corrections who, at all times mentioned in this complaint, worked as Medical Director of Graham Correctional Center.

10. Each defendant is sued individually and in his or her official capacity. At all times mentioned in this complaint, each defendant acted under color of state law.

IV. FACTS

11. On March 21, 2024, Plaintiff endured an injury to his left pinky finger on the recreation yard at Graham Correctional Center

12. The Plaintiff, immediately after leaving the yard, declared a medical emergency because he was experiencing excrutiating pain and swelling. He also lost mobility/use of his finger as a result of the injury.

13. Upon arriving at the Health Care Unit, Plaintiff was seen by Defendant Timothy Adesanya, the Physician's Assistant.

14. Without first having an x-ray or MRI conducted to assess the extent of the injury, Defendant Adesanya physically rotated Plaintiff's injured finger and claimed to be "snapping it back into place", causing the Plaintiff extreme pain.

15. Defendant Adesanya then continued to twist, push, bend, and cause the "wanton and unnecessary infliction of pain" which forced the Plaintiff to pull his hand back.

16. Defendant Adesanya then constructed a make-shift splint using a plastic utensil and tape and informed the Plaintiff that he would schedule a x-ray for March 25, 2024 and that a follow-up appointment would be scheduled after the x-ray.

16. Defendant Adesanya failed to follow-up with the Plaintiff.

17. Plaintiff submitted numerous sick call slips on 3-27-24, 4-1-24, & 4-7-24 as he was still experiencing a great deal of pain and swelling and still had loss of mobility and use of his injured finger.

18. On 4-11-24, Plaintiff was scheduled to see Defendant Adesanya for a pre-existing back injury. During this appointment, the Plaintiff attempted to have his finger treated further but the Defendant Adesanya refused to address Plaintiff's finger in any way, thus showing a conscious disregard and deliberate indifference to Plaintiff's serious medical need.

19. After persistance by the Plaintiff the Defendant Adesanya examined the x-ray from the 25th of March and informed the Plaintiff that the x-ray was of the left hand itself and failed to include the pinky finger. Therefore, a 2nd x-ray would have to be scheduled for the 15th of April.

20. On 4-30-24, the Plaintiff was called to the H.C.U. to turn in the make-shift splint that was given to him prior.

21. Because the Plaintiff was still experiencing the extreme pain and the swelling that the injury caused him, plaintiff filed a grievance with the institution and marked it as an emergency due to the fact it was concerning the serious injury of his pinky and the pain and loss of mobility of his pinky.

22. Defendant Campbell as warden declared that filing of this grievance was not warranted even though it was concerning a substantial risk of imminent personal injury. This in and of itself shows a deliberate indifference to Plaintiff's serious medical need.

23. Defendant Howard responded to Plaintiff's grievance stating that all treatment was appropriate and regardless of the persisting injury, refused to refer Plaintiff to further treatment.

24. Defendant Emerick, through Plaintiff's information and belief was informed about Plaintiff's injury and refused to authorize a referral to receive a MRI to correctly assess the injury to Plaintiff's left pinky finger.

25. After the injury persisted, the Plaintiff continued to submit sick call slips and a subsequent grievance.

26. In June, The Plaintiff was finally seen by a Dr. S. Cole at the prison's H.C.U. Dr Cole re-issued the splint that Defendant Adesanya had taken from the Plaintiff, thus showing that Defendan Adesanya had taken that splint from Plaintiff prematurely.

27. Dr. Cole ordered a prescription of Mobic for Plaintiff and informed the Plaintiff that she would follow up with Plaintiff in six weeks.

28. That follow up appointment never took place and as Plaintiff still has been submitting sick call slips to the H.C.U. to have his persisting injury addressed, the Defendants continue to show a blatant disregard to Plaintiff's serious medical need and insist on being deliberate indifferent to Plaintiff's injury thus causing the wanton and unnecessary infliction of pain.

29. Due to the unconstitutional and inadequate medical care provided by the defendants in this matter, Plaintiff continues to be in pain, continues to suffer loss of mobility and use of his finger and is experiencing permanent disfigurement of his finger.

30. The Plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs descrtibed herein. Plaintiff has and will continue to be irreparably injured by the conduct of the defendants unless this Court grants the declaratory and injunctive relief which plaintiff seeks.

V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this court enter judgment granting Plaintiff:

31. A declaration that the acts and omissions described herein violated plaintiff's rights, under the Constitution and laws of the United States.

32. A preliminary and permanent injunction ordering defendants to stop showing a deliberate indifference and conscious disregard to Plaintiff's serious medical need and have the Plaintiff's injury treated correctly to address the issue.

33. Compensatory damage4s in the amount of $500,000 against each defendant, jointly and severally.

34. Punitive damages in the amount of $500,000 against each defendant, jointly and severally.

35. A jury trial on all issues triable by jury.

36. Plaintiff's costs in this suit.

37. Any additional relief this court deems just, proper, and equitable.

Dated: 9-3-24
Respectfully Submitted,
*David Russell*
David Russell
12078 IL Rte 185
Hillsboro, IL 62049

VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged herin are true, except as to matters alleged on information and belief, and, as to those, believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Hillsboro, IL on
Date: 9-3-24
*David Russell*
David Russell

## AFFIDAVIT

I, David Russell, am incarcerated at Graham Correctional Center located in Hillsboro, IL. On March 21st, 2024, I was on the recreation yard and endured an injury to my left pinky. When the recreation period was over, I informed the Sergeant about the injury and was told that he was going to let my housing unit officer know and I would be sent to the Health Care Unit.

Upon returning to the housing unit, I was sent to the Health Care Unit. There I was seen by physician's assistant, Timothy Adesanya. Tim, as he is known by the prison population, examined my finger. Without having a x-ray or MRI done to assess the extent of the injury, Tim twisted, pushed, rotated, and otherwise forced movement of my finger. This caused me immense pain and, to get Tim to stop, I had to jerk my hand back out of his grip. Tim then simply made a make-shjft splint out of a plastic utensil and tape and informed me he would schedule an x-ray and follow up with me soon after. I was seen for the x-ray on 3-25-24 but was never followed up with after.

I dropped numerous sick call slips in an effort to have my finger injury treated, as it was still painful, swollen, and I couldn't fully straighten or bend it. My sick call slips were ignored and I was not seen again for my finger.

On 4-11-24, I was scheduled to be seen by Tim for a pre-existed back injury. During this visit, Tim refused to address my finger. I continued to persist that my finger was seriously injured and needed to be addressed. Tim finally pulled the x-ray and informed me that it was only of my left hand and failed to include my left pinky. Tim ended this interaction by scheduling another x-ray for 4-15-24.

The next time I was called for by the Health Care Unit, on 4-30-24, I was made to turn in my so-called splint that Tim had constructed out of a plastic utensil and tape. I told Tim and the other nurses at that time that I was still experiencing alot of pain from the injury and was told my finger was fine. Clearly it wasn't because I still couldn't straighten or bend it fully and it was still causing me a great deal of pain. I had asked a different physician's assistant if I could be sent out for an MRI because the x-ray had shown "no bony abnormality" and an MRI would show any other damage my finger endured from the injury. I was then told that the Medical Director had stated that he would not approve that.

In June, I was finaly seen by a Dr. Cole. She examined my finger and decided that she needed to re-issue the splint for my injury. She also prescribed the drug Mobic to address the swelling that persisted still 3 months after the injury. She informed me that she would follow up with me in 6 weeks and failed to do so.

I have not been seen since June for my injured finger. The injury has not improved at all. I still do not have full use of it and it still is causing me an immense amount of pain every day. It is permenantly bent and I can't either straighten it or fully bend it even if I attempt to force it straight with my other hand. My finger is permenantly disfigured and I am convinced that if my injury would have been treated adequately when the injury first occurred or soon after it happened, this would not be the case. Still with the injury persisting, I continue to have my injury treated with a conscious disregard and a deliberate indifference by the medical staff here at Graham Correctional Center.

I, David Russell, hereby state that the above mentioned statements are true and correct to the best of my information, knowledge, and belief under penalty of perjury.

DATE: 9-3-24

David Russell,
AFFIANT

☐ Other (specify): _____
☐ Disciplinary Report _____  _____
  Date of report      Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): 3/21/22 (CORRECTION)

On the date of 3/22/24 at approximately 1pm, N.U.13 located at Graham CC was scheduled for recreation/yard in which I (David Russell ID#M18605) attended. During the time I was on the yard, I injured my left pinky by dislocating it and possibly more damage that is unaware of due to the negligence by Graham CC medical staff. At approximately 2pm yard/recreation was scheduled to end in which I immediately notified our zone sergeant, Sgt. Anderson and ask for an emergency code to be called for my injury. Sgt. Anderson stated to me (David Russell #M18605) he will not call a code ☒ Continued on reverse

Relief Requested: Receive immediate proper medical attention consisting of an x-ray as well as an MRI, to make sure there is no damage or torn ligaments that an x-ray will not show & proper procedures be taken for future medical issues.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance.

_David Russell_  M18605  4/14/2024
Individual in Custody's Signature  ID#  Date

(Continue on reverse side if necessary)

Counselor's Response (if applicable)  Date Received: 4/29/24  ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:
Grievance:
DATE: May 2, 2024
FROM: S. Howard RN/HCUA
REGARDING GRIEVANCE: Russell, David M18

GRIEVANCE DATE: 4/14/24 #0424-407
I have read your grievance and reviewed your medical chart. It does appear from your medical chart that all treatment was appropriate. It also appears that you were seen by a provider on 4/30/24 and he informed you that your x-rays from 3/25/24 and 4/22/24 were both negative. If you are still experiencing issues with your finger, please submit a request slip to healthcare to be seen.

S. Beck  cc1     _signed_  cc1      5/2/24
Print Counselor's Name   Sign Counselor's Name   Date

Note to individual in custody: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:  Date Received: 4-22-24

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance
☒ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

_Aileen Campbell DN_   4-22-24
Chief Administrative Officer's Signature  Date

Distribution: Master File; Individual in Custody   Page 1 of 2   DOC 0046

P.A. Tim to examine my left pinky finger. Without P.A. Tim giving me an x-ray first to see how badly injured my finger was, he (P.A. Tim) rotated my left pinky finger then snapped it into place as he (P.A. Tim) said he did in which it caused me excruciating pain as well as a bone snapping noise rung out. P.A. Tim continued to push, twist & bend my finger causing me pain; forcing me to snatch my hand back. P.A. Tim then stated he will not do anything else to my finger until I was x-rayed so he (P.A. Tim) will know if there was anymore complications to my finger. He then put a plastic utensil on my pinky and taped it to use as a splint and told me I will be scheduled for an x-ray that following Monday 3/25/24, and he will follow up with me. 3/25/24 I was called to health care at approximately 9am to receive x-ray. Since I took the x-ray, I never had a follow up still to this day which is now 4/14/24. I signed up for nurse sick call several times on 3/27/24, 4/1/24 & again on 4/7/24 and yet I still have not been scheduled to see a nurse or doctor. On 4/11/24 I was scheduled to see P.A. Tim concerning a back issue I have been dealing with for years. Still I was not followed up concerning my left pinky in which it is swollen, bruised and discolored. As I saw P.A. Tim on 4/11/24, I asked P.A. Tim when will I be followed up for my finger in which he (P.A. Tim) stated "I am not seeing you for your finger, this is concerning your back and I will not talk to you about your finger". P.A. Tim was rude and disrespectful and negligent to my medical need. I took initiative to show P.A. Tim my pinky (left) finger and as I showed P.A. Tim how swollen & discolored it was, it was then he (P.A. Tim) took a look at my x-ray in which it was for my left hand instead of my left pinky finger. P.A. Tim scheduled me for another x-ray for Monday 4/15/24. I am in pain everyday all day and cannot bend my left pinky in which it is still swollen, bruised & discolored. This is a violation of my Eighth Amendment in which I am entitled to medical care for "serious medical needs." This is also an act of "Deliberate Indifference (21 Corrections)" as well and if you check my medical records dating from 3/22/24, you will see I came to health care concerning injury to my left pinky finger.

ATTACHMENT & RESPONSE TO: S. HOWARD
                                          RN/HCUA
                                    DATED: 5/2/2024
        RESPONSE:            GRIEVANCE #0424-407
DATE: 5/2/2024
NAME: David Russell ID#M18605

RN/HCUA: S. Howard responded to grievance #0424-407 stating that she (S. Howard) reviewed my (David Russell #M18605) medical chart & that all treatment was appropiate but yet this injury took place on 3/21/24 & even though I was given X-Ray on 3/25/24, that X-Ray was of left hand instead of left pinky finger that was injured in which I had to be scheduled to take another X-Ray after I informed P.A. Tim that my left hand was X-Rayed instead of injured finger when (SEE ON 4/11/24 FOR BACK) I went to H.C.U. at Graham C.C. to be seen for a back issue & not my injury to finger in which I stated in grievance & yet I have not had a follow up for injured finger since, until I finally was scheduled for Nurse sick call, that I had to sign up for, a whole month & some days since

CONTINUE ON BACK →

my injury took place nor have I received my X-ray results until 5/1/24 after I was seen on 4/30/24 for nurse sick call and mentioned it to P.A. Tim. So between 3/21/24 until 4/30/24 I should have been scheduled to see M.D or P.A. for injury in which I wasn't until I took ignitiative to sign up for nurse sick call because of excruciating daily pain & swelling to finger. *Note: X-Ray only shows damage done to bone, but does not show if damage is done to ~~tendinopathies~~ muscle or ligament or tendons, in which an MRI is needed. So to state the appropiate medical treatment was well in fact not given to me (David Russell ID#M18605).

* Note: A copy of this attachment was made & attatched to grievance for response on 1st level.

Dated: 5/2/2024        D.A. Russell
                       ID#M18605

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: RUSSELL, DAVID

Date: 8/12/24

ID#: M18605

Facility: GRAHAM

This is in response to your grievance received on 6-28-24. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 5-1-24    Grievance Number: 0524-535    Griev Loc: GRAHAM

- ■ Medical: Claims of improper medical treatment and misconduct against PA Tim.
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: _____ Incident #
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ■ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ■ Other: Reached out to facility over misconduct claims against PA Tim, who claimed to not recall the incident.

FOR THE BOARD: _____
Clayton Stephenson
Administrative Review Board

CONCURRED: _____
Latoya Hughes
Acting Director

CC: Warden, GRAHAM Correctional Center
RUSSELL, DAVID, ID# M18605

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc



J.B. Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: RUSSELL, DAVID                               7/23/24
ID#: M18605                                         Date
Facility: GRAHAM

This is in response to your grievance received on 6-14-24. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 4-14-24    Grievance Number: 0424-407    Griev Loc: GRAHAM

- [x] Medical  Claims of improper medical treatment as of 4-14-24.
- [ ] Dietary
- [ ] Personal Property
- [ ] Mailroom/Publications
- [ ] Staff Conduct
- [ ] Commissary / Trust Fund
- [ ] Conditions (cell conditions, cleaning supplies, etc.)
- [ ] Disciplinary Report: Dated: _____ Incident #
- [ ] Other

**Based on a review of all available information, this office has determined your grievance to be:**

- [ ] Affirmed
- [ ] Denied, in accordance with DR504F, this is an administrative decision.
- [x] Denied, this office finds the issue was appropriately addressed by the facility Administration.
- [ ] Denied as the facility is following the procedures outlined in DR525.
- [ ] Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- [ ] Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- [ ] Other:

FOR THE BOARD: _____
Clayton Stephenson
Administrative Review Board

CONCURRED: _____
Latoya Hughes
Acting Director

CC: Warden, GRAHAM Correctional Center
    RUSSELL, DAVID, ID# M18605

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Central District of Illinois for review and filing.

Name: **David Russell**

ID Number: **K98117**

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?    **Yes** or No

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted:   **20**

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Civil Complaint | 19 |
|  |  |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.